IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERIC MELENDEZ,

      Appellant,

v.
                                Case No.  5D22-2667
                                LT Case No. 1992-CF-1831-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 4, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Eric Melendez, Lowell, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and SOUD, JJ., concur.